IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PROMETHEUS SOLUTIONS, INC.;

    Plaintiff,

v.                                                        No. 14-cv-0349 GBW/SMV

GARY L. COKER; TREVOR EDWARDS; and
T. EDWARDS, LLC;

    Defendants/Counterclaimants/Third-Party Plaintiffs,

v.

PROMETHEUS SOLUTIONS, INC.;

    Counter-defendant,

and

DAVID M. STEVENS;

    Third-Party Defendant.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:     June 25, 2014, at 2:30 p.m.

**Matter to be heard**:   Case status and the Court's expectations regarding Initial Disclosures

A telephonic status conference is hereby set for **June 25, 2014, at 2:30 p.m.** Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1]

    **IT IS SO ORDERED.**

                                                            **STEPHAN M. VIDMAR**
                                                             **United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.