IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PROMETHEUS SOLUTIONS, INC.,
a Nevada Corporation

    Plaintiff/Counter-Defendant,

v.	Civil No. 2:14-CV-00349—GBW-SMV

GARY L. COKER, TREVOR EDWARDS, and
T. EDWARDS, LLC, a Nevada limited liability company,

    Defendants/Counterclaimants.

_____

GARY L. COKER, TREVOR EDWARDS, and
T. EDWARDS, LLC, a Nevada limited liability company,

    Third Party Plaintiffs,

v.

DAVID M. STEVENS

    Third Party Defendant

**ORDER GRANTING
MOTION FOR LEAVE TO FILE AMENDED ANSWER TO PLAINTIFF'S AMENDED
AND RESTATED COMPLAINT FOR REPLEVIN, INJUNCTIVE RELIEF,
DECLARATORY JUDGMENT, AN ACCOUNTING, DISCLOSURE AND
DISGORGEMENT,
AND
AMENDED COUNTERCLAIM AND AMENDED THIRD PARTY COMPLAINT**

    THIS MATTER having come before the Court on the Motion for Leave to File Amended

Counterclaim and Third Party Complaint filed by Defendants/Counterclaimants/Third Party

Plaintiffs, Gary L. Coker, Trevor Edwards, and T. Edwards, LLC, the Court having read the

Motion, noted the approval of Plaintiff/Counter-Defendant and Third Party Defendant to this Order and being otherwise fully advised and informed in the premises finds the Motion is well taken and should be granted.

IT IS ORDERED, ADJUDGED AND DECREED that Defendants/Counterclaimants/ Third Party Plaintiffs, Gary L. Coker, Trevor Edwards, and T. Edwards, LLC are granted leave to file Defendants' Amended Answer to Plaintiff's Amended and Restated Complaint for Replevin, Injunctive Relief, Declaratory Judgment, an Accounting, Disclosure and Disgorgement, and Amended Counterclaim and Amended Third Party Complaint attached to the Motion as Exhibit A.

IT IS SO ORDERED.

_____
STEPHAN M. VIDMAR
UNITED STATES MAGISTRATE JUDGE

Approved:

**BUTT THORNTON & BAEHR PC**

*s/ Rodney L. Schlagel*
Rodney L. Schlagel
Bobbie J. Collins
P.O. Box 3170
Albuquerque, New Mexico 87190
Telephone: (505) 884-0777
Facsimile: (505) 889-8870
*Attorneys for Defendants/Counterclaimants/Third-Party Plaintiffs*

**HINKLE SHANOR LLP**

*s / Richard E. Olson*
Richard E. Olson
Maryl M. McNally
P.O. Box 10
Roswell, New Mexico 88202
Telephone: (575) 622-6510
Facsimile: (575) 623-9332

*Attorneys for Plaintiff/Counter-Defendant/Third-Party Defendant*